**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
JANET E. WINSLOW,                   :
                                    :
        Plaintiff,                  :
                                    :
    -against-                       :
                                    :       3:03 CV 472 (GLG)
BANK OF BOSTON/AKA FLEETBOSTON      :
                                    :
        Defendant.                  :
-----------------------------------X

FILED
JUN 1  2 32 PM '04
**ORDER**
U.S DISTRICT COURT
NEW HAVEN, CONN.

   On April 22, 2003, this Court ordered plaintiff to make service of process on defendant. In that same Order, the Court granted plaintiff's motion for appointment of counsel.

   The Court vacates, *nunc pro tunc,* the Order granting plaintiff's motion for appointment of counsel and since plaintiff has not served defendant despite a year having elapsed, the action is dismissed for lack of prosecution.

   **SO ORDERED.**

Dated:   May 28, 2004
         Waterbury, CT
                                    _____
                                    Gerard L. Goettel
                                    U.S.D.J.